UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSCAR OLLERVIDES-SANCHEZ, BOP NO. 62068-19, <br><br>    Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>    Respondent. | CRIMINAL ACTION NO. 1:10-CR-00285-1-CAP <br> CIVIL ACTION NO. 1:12-CV-0040-CAP |

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 103]. There are no objections by the movant. Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 15th day of October, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge